**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Charles Edward DODSON,
Defendant—Appellant.**

No. 03–7207.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 6, 2003.

Decided Nov. 21, 2003.

Charles Edward Dodson, pro se. Ray B. Fitzgerald, Jr., Office of the United States Attorney, Charlottesville, Virginia, for Appellee.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Edward Dodson appeals the district court's order dismissing his "Motion to Dismiss" and "Affidavit of Specific Negative Averment" nominally pursuant to "Fed.R.Crim.P. 12(B)(2)." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Dodson,* 1995 WL 30537, No. CR–94–106 (W.D.Va. filed July 21, 2003 & entered July 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*